UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JEFFERSON COUNTY,** *et al.,* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )  CASE NO.  4:19-cv-00157-RLW |
| | ) |
| **DANNIE E. WILLIAMS, M.D..,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447(c) and for the reasons set forth in Plaintiffs' Memorandum in Support of Motion to Remand, which Plaintiffs incorporate herein by reference, Plaintiffs move for an order remanding this action to the Circuit Court for the Twenty-Second Judicial Circuit, St. Louis City, Missouri, for lack of subject matter jurisdiction. Plaintiffs also seek such other and further relief as this Court may deem just and proper.

Dated:  March 4, 2018                Respectfully submitted,

**CAREY DANIS & LOWE**

By:    /s/ *Jeffrey J. Lowe* _____
Jeffrey J. Lowe   #35114
John F. Garvey   #35879
Sarah Shoemake Doles   #45747
Alyson M. Petrick   #68323
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
(314) 725-7700
(314) 721-0905 (facsimile)
jlowe@careydanis.com
jgarvey@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

**HOLLORAN SCHWARTZ & GAERTNER**
James P. Holloran
Anne Callis
9200 Litzsinger Road
St. Louis, MO 63144
(314) 772-8989
(314) 279-1333 (Facsimile)

**CHURMAN, HOWALD, WEBER,
SENKEL & NORRICK, L.L.C.**
Derek Good, #50300
P.O. Box 800 – 301 Main Street
Hillsboro, MO 63050
(636) 797-2601 / (636) 797-2904 - Facsimile
good@thurmanlaw.com

**MARLER SCHRUM**
Sara L. Marler, #55056
Scott J. Schrum, #67310
Ramona Gau, #58686
406 E. Karsch Blvd.
Farmington, Missouri 63640
(573) 747-4573
(573) 747-4940 - Facsimile
smarler@marlerschrum.com
sschrum@marlerschrum.com
rgau@marlerschrum.com

**STYRON & SHILLING**
Patricia J. Shilling, #36356
302 E. Church Street
Ozark, Missouri 65721
(417) 581-3646
pjs@styronlaw.com

**STRONG-GARNER-BAUER, P.C.**
Steve Garner, #35899
Neil Chanter, #49507
Jeff Bauer, #48902
415 E. Chestnut Expressway
Springfield, MO 658002
(417) 887-4300
(417) 887-4385 (Facsimile)
sgarner@stronglaw.com

>neilchanter@stronglaw.com
>jbauer@stronglaw.com
>
>**THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC**
>Chris R. Miltenberger
>1360 N. White Chapel, Suite 200
>Southlake, Texas 76092
>817-416-5060 (office)
>817-416-5062 (fax)
>chris@crmlawpractice.com
>
>**SIMON GREENSTONE PANATIER, P.C.**
>Jeffrey B. Simon
>TX State Bar No. 0078842
>1201 Elm Street, Suite 3400
>Dallas, Texas 75270
>Tel: (214) 276-7680
>Fax: (214) 276-7699
>jsimon@sgptrial.com
>
>**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of March, 2019, the foregoing was filed using the Court's electronic case filing system, thereby serving all registered attorneys of record.

>/s/ *Jeffrey J. Lowe* _____
>Jeffrey J. Lowe